IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ENRICIO J. CIARROCCHI, | : | HON. JEROME B. SIMANDLE |
| Plaintiff, | : | Civil No. 08-1704 (JBS/AMD) |
| v. | : | |
| UNUM GROUP, | : | **ORDER** |
| Defendant. | : | |

This matter having come before the Court upon Defendant's motion for summary judgment [Docket Item 85]; the Court having considered the submissions of the parties; for the reasons explained in the Memorandum Opinion of today's date; and for good cause shown;

IT IS this **31st** day of **March**, **2011** hereby

ORDERED that Defendant's motion is **GRANTED.**

**s/ Jerome B. Simandle**
JEROME B. SIMANDLE
United States District Judge