IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

ENRICIO J. CIARROCCHI,

               Plaintiff,

    v.

UNUM GROUP,

               Defendant.

HONORABLE JEROME B. SIMANDLE

Civil No. 08-1704 (JBS/AMD)

**ORDER**

      This matter having come before the Court upon Plaintiff Ciarrocchi's motion for reconsideration [Docket Item 96], for the reasons expressed in today's Memorandum,

      IT IS this    **5th**    day of **October, 2011** hereby

      ORDERED that Defendant's motion for reconsideration is **DENIED**.

                                **s/ Jerome B. Simandle**

                                JEROME B. SIMANDLE
                                United States District Judge